DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   MICHAEL C and LUCY F VOGEL

Chapter 13
Case No. 06-1-0159 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $969.47 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0012 | FIRST AMERICAN INVESTMENT LLC<br>65 GREAT ARROW DRIVE<br>BUFFALO, NY 14216-0000 | $969.47 |

Dated: May 4, 2011

_____
CECILIA MARCELO
Receipts Administrator